IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR406-094
CORNELIUS POTTER, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Government's Motion to Reduce Sentence. (Doc. 50.) The Government asserts that, pursuant to Federal Rule of Criminal Procedure 35(b), a reduction in Defendant's sentence is warranted based on his assistance in the investigation and prosecution of third parties.

After careful consideration, the Government's Motion for Sentence Reduction is **GRANTED**.[1] It is the judgment of the Court that Defendant's term of imprisonment shall be reduced from 100 months to 72 months. All other terms and conditions of the sentence previously imposed by the Court shall remain in full effect. The **Clerk of Court** is

---

[1] After careful consideration, Defendant's Motion for Credit for Time Served (Doc. 49) is **DENIED**. Defendant is not entitled to credit toward his federal sentence for the period of time he was in state custody following the state court's revocation of an earlier probationary sentence.

**DIRECTED** to amend the judgment in this case in accordance with this Order.

SO ORDERED this 27th day of May, 2009.

*/s/ William T. Moore, Jr.*
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA